**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

MD Sala Uddin,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-06926-PHX-SMB

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 on September 28, 2026, challenging his immigration detention. (Doc. 1.) Pursuant to General Order 26-09, the Court electronically served the Petition on Respondent and issued the Standard Scheduling Order, which required Respondent to respond to the Petition within seven days. (Docs. 3, 4.) Respondent's response deadline was October 7, 2026, but no response was filed.

Because Respondent failed to respond to Petitioner's arguments that his due process rights were violated by his prolonged detention, the Court finds the defense waived. *See N-E-M-B v. Wamsley*, CV-25-00989-SI, 2025 WL 3527111, at *7 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such challenges and conceded those aspects of the Petition."); *Soleimani v. LaRose*, CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims"); *cf. Jenkins v. Cnty. of*

*Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) ("Jenkins abandoned her other two claims by not raising them in opposition to the County's motion for summary judgment.").

The Petition will therefore be granted, and a bond hearing will be ordered.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is granted to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** that Respondent must provide Petitioner a bond redetermination hearing within seven (7) days of the date of this order, or release Petitioner from custody.

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

**IT IS FURTHER ORDERED** any pending motions are denied as moot. The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 4th day of November, 2026.

Honorable Susan M. Brnovich
United States District Judge